UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLANTRONICS, INC.**,<br><br>       Plaintiff,<br><br>   v.<br><br>**BLUEANT WIRELESS PTY., LTD., ET AL.**,<br><br>       Defendants. | Case No.  14-cv-04619-YGR |
| **PLANTRONICS, INC.**,<br><br>       Plaintiff,<br><br>   v.<br><br>**C2 WIRELESS AND ACCESSORIES, LLC**,<br><br>   Defendant. | Case No.  14-cv-04621-YGR |

**ORDER DENYING REQUESTS FOR TELEPHONIC APPEARANCE;**

**RESCHEDULING CASE MANAGEMENT CONFERENCES**

On January 6, 2015, the Court set initial case management conferences in the above-captioned related actions for 2 p.m. on January 26, 2015.  On Thursday, January 22, 2015, plaintiff filed a Declaration of David C. Bohrer in Support of Plaintiff's Request for Telephonic Appearance on both dockets in connection with Monday's case management conferences.

As a threshold matter, the Court notes that plaintiff failed to file an actual request for telephonic appearance—only the supporting declaration.  In any event, the request was not timely filed; plaintiff's counsel acknowledges he has known about the conflict since January 6, 2015.  Additionally, the declaration provided lacks sufficient detail to justify the request.  Therefore, the request is **DENIED**.  The Court is considering whether an order to show cause regarding possible

sanctions should issue.

Nevertheless, the Court reschedules the case management conferences in the above-captioned actions currently scheduled for January 26, 2015 at 2 p.m. The conferences are hereby **SET** for **January 26, 2015** at **4:30 p.m.** to accommodate counsel.

**IT IS SO ORDERED.**

Dated: January 23, 2015

                                     **YVONNE GONZALEZ ROGERS**
                                     **UNITED STATES DISTRICT COURT JUDGE**