UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLANTRONICS, INC.**, <br>     Plaintiff, <br>   v. <br> **BLUEANT WIRELESS PTY., LTD., ET AL.**, <br>     Defendants. | Case No. 14-cv-04619-YGR |
| **PLANTRONICS, INC.**, <br>     Plaintiff, <br>   v. <br> **C2 WIRELESS AND ACCESSORIES, LLC**, <br>     Defendant. | Case No. 14-cv-04621-YGR |

**ORDER RE ORDER TO SHOW CAUSE**

The Court has read and considered the response of David C. Bohrer with respect to the outstanding Order to Show Cause ("OSC") and the pending, invited motion for attorney's fees. While the Court remains prepared to have a substantive case management conference, it is not inclined to require the parties to expend attorney's fees unnecessarily.

Therefore, by 10:00 a.m. on Thursday, February 5, 2015, the parties *may* file a joint statement confirming, if they can, that (i) defense fees have been paid as represented by Mr. Bohrer and (ii) the parties believe settlement is imminent and the necessity of a case management conference minimal in light of those discussions. If that statement is filed, the Court will discharge the OSC and reschedule a case management conference to occur on Monday, March 2, 2015, expecting a dismissal to be filed in advance thereof.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**