1  David C. Bohrer (SBN 212397)
   david.bohrer@valoremlaw.com
2  VALOREM LAW GROUP, LLP
   60 South Market Street, Suite 1250
3  San Jose, California 95113-2396
   Telephone: (408) 938-3882
4  Facsimile: (408) 915-2672

5  J. Pat Heptig (TX Bar No. 00793940) (*pro hac vice*)
   pat.heptig@valoremlaw.com
6  VALOREM LAW GROUP, LLP
   15050 East Beltwood Parkway
7  Addison, Texas 75001
   Telephone: (214) 451-2154
8  Facsimile: (312) 676-5499

9  Attorneys for Plaintiff
   Plantronics, Inc.

Duane H. Mathioweitz (SBN 111831)
duane.mathiowetz@novadruce.com
Patricia L. Peden (SBN 206440)
patricia.peden@novakdruce.com
NOVAK DRUCE CONNOLLY BOVE & QUIGG, LLP
555 Mission Street, Thirty-Fourth Floor
San Francisco, California 94105
Telephone: (415) 814-6161
Facsimile: (415) 814-6165

Attorneys for Defendants
BlueAnt Wireless, Inc. and C2 Wireless and Accessories, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANTRONICS, INC., A Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUEANT WIRELESS PTY., LTD., an Australian corporation, and BLUEANT WIRELESS, INC., a California corporation,<br><br>Defendants. | Case No. 4:14-cv-04619 (YGR) |
| PLANTRONICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C2 WIRELESS AND ACCESSORIES, LLC, a California limited liability corporation,<br><br>Defendant. | Case No. 4:14-cv-04621 (YGR)<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** AND ORDER<br><br>Judge:   Hon. Yvonne Gonzalez Rogers |

JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A), Plaintiff Plantronics, Inc. and Defendants BlueAnt Wireless, Inc., BlueAnt Wireless Pty., Ltd. and C2 Wireless and Accessories, LLC hereby stipulate and agree that this case is dismissed with prejudice and that each party shall bear its own costs and fees.

Dated:  February 27, 2015　　　　　　　　　VALOREM LAW GROUP, LLP

By: */s/ David C. Bohrer*
　　David C. Bohrer
　　Attorneys for Plaintiff
　　PLANTRONICS, INC.

Dated:  February 27, 2015　　　　　　　　　NOVAK DRUCE CONNOLLY BOVE & QUIGG, LLP

By: */s/ Patricia L. Peden*
　　Patricia Peden
　　Attorneys for Defendants
　　BLUEANT WIRELESS, INC. and
　　　C2 WIRELESS AND ACCESSORIES, LLC

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Dated:  February 27, 2015

　　　　　　　　　　　　　　　　　　　　　*/s/ David C. Bohrer*
　　　　　　　　　　　　　　　　　　　　　David C. Bohrer

-1-
JOINT STIPULATED DISMISSAL WITH PREJUDICE

1  PURSUANT TO STIPULATION, IT IS ORDERED that:

2  ALL CLAIMS BY PLAINTIFF PLANTRONICS, INC. AGAINST DEFENDANTS
3  BLUEANT WIRELESS, INC., BLUEANT WIRELESS PTY., LTD and C2 WIRELESS AND
4  ACCESSORIES, LLC, ARE DISMISSED WITH PREJUDICE.  ALL COUNTERCLAIMS BY
5  DEFENDANTS BLUEANT WIRELESS, INC. and C2 WIRELESS AND ACCESSORIES, LLC
6  AGAINST PLANTRONICS, INC. ARE DISMISSED WITH PREJUDICE.  EACH PARTY
7  SHALL BEAR ITS OWN FEES AND COSTS.

8  Dated:  March 5, 2015

_____
Hon. Yvonne Gonzalez Rogers